# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Joanne C. Demillo,

v.

Cit of Chaska, Minnesota,
and its Police Officers
Michael Duzan, Julie Janke,
and John Kehrberg, individually,

Case No. Civil 00-2041 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendants' motion for summary judgment is granted.

Counts I and II of the complaint are dismissed with prejudice.

Count III of the complaint is dismissed.

DATE: August 28, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

30