# *United States District Court*
# *District of Minnesota*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 00-2041 DSD/SRN
Title of Action: Joanne C. Demillo v. City of Chaska, et al

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by defendant , City of Chaska, in the above entitled action on October 5, 2001.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: October 12, 2001

RICHARD D. SLETTEN, CLERK

By [signature]
Julie Rustad, Deputy Clerk

33

FILED 10-12-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK